IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ROCA SUAREZ, | 1:07-cv-0304-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| JEFF WRIGLEY, | |
| Respondent. | (DOCUMENT #10) |
| | RESPONSE DUE APRIL 25, 2008 |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On April 11, 2008, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus.  Good cause having been presented to the court,  IT IS HEREBY ORDERED that:

Respondent's  motion to extend time is GRANTED to April 25, 2008.

IT IS SO ORDERED.

**Dated:   April 15, 2008**           /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE